

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00190-CR

| | | |
|---|---|---|
| Juan Tovar | § | From the 355th District Court |
| | § | of Hood County (CR12544) |
| v. | § | May 14, 2015 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm the trial court's judgment as to Appellant's conviction and sentence. We reverse the trial court's judgment and the order to withdraw funds solely as to the attorney's fees and other costs ordered. We remand this case only so that the trial court may delete the attorney's fee assessment from the judgment and order to withdraw and may also, subject to Appellant's filing an article 103.008 motion in the trial court, correct any errors in the remaining costs, given Appellant's indigent status.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot